OPINION — AG — PURSUANT TO ARTICLE XIII, SECTION 1, OKLAHOMA CONSTITUTION, AND 70 O.S. 1975 Supp., 1-114 [70-1-114], ATTENDANCE OF THE PUBLIC SCHOOLS OF THE STATE IS ABSOLUTELY FREE TO ALL RESIDENT CHILDREN WITHIN THE STATUTORY AGE. NO FEES, REGARDLESS OF APPELLATION, MAY BE LEGALLY EXACTED AS A CONDITION OF ATTENDANCE OF PUBLIC SCHOOLS BY CHILDREN OTHERWISE QUALIFIED. CITE: 70 O.S. 1975 Supp., 5-129 [70-5-129](B) (HAROLD B. MCMILLAN JR) SEE OPINION NO. 88-580 (1988)